THURMAN HANKINS, Appellant, *v.* THE STATE
OF NEVADA, Respondent.

No. 7800

July 23, 1975                                          538 P.2d 167

*Morgan D. Harris,* Public Defender, and *Robert D. Larsen,*
Deputy Public Defender, Clark County, for Appellant.

*Robert List,* Attorney General; *George E. Holt,* District
Attorney, and *Dan M. Seaton,* Deputy District Attorney, Clark
County, for Respondent.

## OPINION

*Per Curiam:*

Thurman Hankins was convicted by a jury of rape, infa-
mous crime against nature and burglary. His sole contention
on appeal is that there was insufficient evidence to support the
jury verdict on the rape charge.

Although Hankins testified that the victim consented to the
sexual act, the jury chose to believe the prosecution witnesses,
and not Hankins' version of the incident.

When there is conflicting testimony presented, it is for the
jury to determine what weight and credibility to give to the
testimony. "Where there is substantial evidence to support a

verdict in a criminal case, as the record indicates in this case, the reviewing court will not disturb the verdict nor set aside the judgment." Sanders v. State, 90 Nev. 433, 529 P.2d 206 (1974). See also, Azbill v. State, 88 Nev. 240, 495 P.2d 1064 (1972); Crowe v. State, 84 Nev. 358, 441 P.2d 90 (1969).
    Affirmed.